FILED - HWB
June 26, 2009 11:43 AM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY DDK /

AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

United States of America

WARRANT FOR ARREST

v.

USA vs. Zhuo Li

Case Number: 00 cr 128-3

USDC-WDMI
CASE NO. 1:09-MJ-39

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Zhuo Li** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment Information Complaint X Order of court Violation Notice Probation Violation Petition

charging him or her with: **Possible violation of supervised release**
(See Attachment)

in violation of Title United States Code, Section(s)

Yvette Pearson Issuing Officer

U.S. Deputy Clerk

Signature of Issuing Officer

June 16, 2009; Chicago

Bail fixed at $

, Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Calhoun Co. Jail, Battle Creek, MI

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| 6-25-09 | cz/Dusm | |
| Date of Arrest 6-26-09 | David A. Gelement | [signature] |